**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Julio Cesar PARRALES–ZUNIGA,**
**Defendant–Appellant.**

**No. 12–40650**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Dec. 17, 2012.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Marjorie A. Meyers, Federal Public Defender, Laura Fletcher Leavitt, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before DAVIS, OWEN, and HIGGINSON, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Julio Cesar Parrales–Zuniga raises an argument that he concedes is foreclosed by *United States v. Betancourt,* 586 F.3d 303, 308–09 (5th Cir.2009), which reaffirmed the holding in *United States v. Gamez–Gonzalez,* 319 F.3d 695, 700 (5th Cir.2003), that knowledge of drug type and quantity is not an element of the offense under 21 U.S.C. § 841. The appellant's motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.